1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travelers Casualty and Surety Company of America, <br><br> Plaintiff, <br><br> vs. <br><br> Westchester Surplus Lines Insurance Co., <br><br> Defendant. <br> ——————————————————— <br> Westchester Surplus Lines Insurance Co., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> Progressive Services, Inc. dba Progressive Roofing, <br><br> Third-Party Defendant. | CV 05-856 PHX NVW <br><br> **ORDER** |

Before the court is Third-Party Defendant Progressive Services, Inc.'s Motion to Dismiss Third-Party Complaint and Motion for More Definite Statement (doc. # 19), the Memorandum in Opposition to Third-Party Plaintiff's Motion to Dismiss and Motion to Amend Third-Party Complaint (doc. # 23), Response to Third-Party Plaintiff's Motion to Amend Third-Party Complaint (doc. # 31), and Reply (doc. # 32).

The Motion to Amend Third-Party Complaint (doc. # 23) will be denied for failure to comply with LRCiv 15.1(a)(1).

1  The Motion to Dismiss Third-Party Complaint and Motion for More Definite Statement (doc. # 19) will granted to the extent of dismissing the Third-Party Complaint for failure to state a claim. The Third-Party Complaint fails to allege any basis whatever for any liability. The Third-Party Plaintiff will be granted leave for ten days to file an amended third-party complaint attempting to state a claim within Rule 14, Fed. R. Civ. P. The Third-Party Plaintiff is cautioned to consider what claims it is able to allege against Third-Party Defendant within the requirements imposed on parties and counsel and to allege the basis of federal jurisdiction as required by Rule 8(a)(1), Fed. R. Civ. P. *See* 28 U.S.C. § 1367(b).

IT IS THEREFORE ORDERED that the Motion to Amend Third-Party Complaint (doc. # 23) is denied as presented, though an amended third-party complaint will be permitted as provided in the next paragraph.

IT IS FURTHER ORDERED that the Motion to Dismiss Third-Party Complaint and Motion for More Definite Statement (doc. # 19) is granted to the extend that the Third-Party Complaint is dismissed for failure to state a claim, with leave to file an amended third-party complaint by October 20, 2005. The alternative Motion for More Definite Statement is denied as moot.

DATED this 6th day of October, 2005.

_____
Neil V. Wake
United States District Judge